AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**
April 29, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ AC _____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  **SA:26-MJ-584** |
| Fidel Medina-Duran | ) |
| XXX XXX 713 | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 28, 2026  in the county of  Gonzales  in the Western District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry |
| | Penalties:  Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Ruben Rios*
*Complainant's signature*

Ruben J. Rios, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:  April 29, 2026

*Judge's signature*

City and state:   San Antonio, Texas

Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Ruben J. Rios, and I am a Deportation Officer with Immigration and Customs Enforcement ("ICE")/Enforcement Removal Operations ("ERO"), with whom I have been employed since October 15, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On April 28, 2026, Fidel MEDINA-Duran, (hereafter "MEDINA"), was encountered at the Gonzales County Jail in Gonzales, Texas, which is located within the Western District of Texas, after his arrest for "Evading Arrest Detention."  ICE/ERO officers conducted immigration history and criminal history inquiries and determined MEDINA to be an alien illegally present within the United States and who had been previously removed from the United States. An immigration detainer was lodged against MEDINA. On April 29, 2026, MEDINA was released from the Gonzales County Jail and turned over to ICE/ERO custody.  MEDINA was subsequently transported to the ICE/ERO San Antonio office for processing.

At the ICE/ERO office, MEDINA's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that MEDINA is a citizen or national of Mexico with assigned Alien Registration Number A-XXX-XXX-713.  A review of A-XXX-XXX-713 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that MEDINA is an alien who was previously removed from the United States to Mexico on or about December 12, 2012.

On January 20, 2010, MEDINA was convicted in the United States District Court, Western District of Texas, San Antonio Division of 8 U.S.C. § 1326(a), Illegal Re-entry into the United States, and sentenced to time served.

On December 11, 2012, MEDINA was convicted in the United States District Court, Western District of Texas, San Antonio Division of 8 U.S.C. § 1326(a)&(b)(1), Illegal Re-entry into the United States, and sentenced to time served

Immigration databases revealed that MEDINA has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after his removal.

On April 29, 2026, the defendant was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of Mexico upon his arrest. On April 29, 2026, the Consulate General of Mexico was notified of MEDINA's arrest. An immigration detainer will be filed with the U.S. Marshals Service.

_____
Ruben J. Rios
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the __29th__ day of April 2026.

_____
HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE